UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CESAR RIZO, | ) |
| | ) |
| Petitioner, | ) Case No. EDCV 03-822 JAK (AJW) |
| | ) |
| v. | ) |
| | ) ORDER ACCEPTING REPORT AND |
| SCOTT KERNAN, | ) RECOMMENDATION OF |
| | ) MAGISTRATE JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: March 24, 2017

_____
John A. Kranstadt
United States District Judge